**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00920-CV

### RODRICK SAMPLES, Appellant

### V.

### THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, ET AL., Appellees

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC12-11245**

## ORDER

Before the Court is appellant's November 18, 2014 second motion for an extension of time to file a brief. Appellant tendered his brief on November 18, 2014. The Court has notified appellant that the brief was not filed because it was improperly bookmarked. *See* TEX. R. APP. P. 9.4(k). We **GRANT** appellant's motion to the extent that appellant shall file his corrected brief by **NOVEMBER 26, 2014**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE